*E-FILED: May 10, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY CONCEPTS, LLC dba Prescribed For Life and dba www.PforLife.com, a Texas limited liability company, B. BENTON TAIT, an individual, DEBORAH TAIT, an individual and DOES 1-10,<br><br>Defendants. | No. C11-06704 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiff advises that a conditional settlement has been reached with all defendants. All scheduled appearances are vacated.

**On or before August 3, 2012**, a stipulated dismissal signed by all parties who have appeared shall be filed pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **August 14, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than August 7, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing

1 settlement; and (2) how much additional time, if any, is requested to finalize the settlement and
2 file the dismissal. If a stipulated dismissal is filed as ordered, the Order to Show Cause hearing
3 will be automatically vacated and the parties need not file a joint statement in response to this
4 Order.

5 SO ORDERED.

6 Dated: May 10, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-06704-HRL Notice has been electronically mailed to:

2  Randall P. Choy     rchoy@hedanichoy.com

3  Ray Khem Shahani     rks@attycubed.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3